**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY REANO,**

|  |  |  |
|---|---|---|
|  | Plaintiff, | Case No. 6:10-cv-768-Orl-35KRS |
|  |  | Consolidated with: |
| **EDWIN SAZON,** | Consolidated Plaintiff, | 6:10-cv-769-Orl-35KRS |
| **ERICO SORIANO,** | Consolidated Plaintiff, | 6:10-cv-770-Orl-35KRS |
| **PAUL HENRY PENAFLORIDA,** |  |  |
|  | Consolidated Plaintiff, | 6:10-cv-771-Orl-35KRS |
| **RONALD TAN,** | Consolidated Plaintiff, | 6:10-cv-772-Orl-35KRS |
| **LARRY TABLANDO,** | Consolidated Plaintiff, | 6:10-cv-773-Orl-35KRS |
| **LAURO VAGUCHAY,** | Consolidated Plaintiff, | 6:10-cv-774-Orl-35KRS |
| **FREDDY YAMBOA,** | Consolidated Plaintiff, | 6:10-cv-775-Orl-35KRS |
| **ROGER VILLANUEVA,** | Consolidated Plaintiff, | 6:10-cv-776-Orl-35KRS |
| **MANOLING ABUCOT,** | Consolidated Plaintiff, | 6:10-cv-777-Orl-35KRS |
| **ROMEO AMIGABLE,** | Consolidated Plaintiff, | 6:10-cv-778-Orl-35KRS |
| **ROMEO ABUCOT,** | Consolidated Plaintiff, | 6:10-cv-779-Orl-35KRS |
| **NILO BANDAL,** | Consolidated Plaintiff, | 6:10-cv-780-Orl-35KRS |
| **DELFIN CASTIGADOR,** | Consolidated Plaintiff, | 6:10-cv-781-Orl-35KRS |
| **NERI CASIS,** | Consolidated Plaintiff, | 6:10-cv-782-Orl-35KRS |
| **DENNIS FIGUERREZ,** | Consolidated Plaintiff, | 6:10-cv-783-Orl-35KRS |
| **EDWIN GODINEZ,** | Consolidated Plaintiff, | 6:10-cv-784-Orl-35KRS |
| **DENIS MAHILUM,** | Consolidated Plaintiff, | 6:10-cv-785-Orl-35KRS |
| **TITO LALOSIS,** | Consolidated Plaintiff, | 6:10-cv-786-Orl-35KRS |
| **JOEL ORTILLA,** | Consolidated Plaintiff, | 6:10-cv-787-Orl-35KRS |
| **EXPEDITO PARONE,** | Consolidated Plaintiff | 6:10-cv-788-Orl-35KRS |
| **DANILO PAQUERA,** | Consolidated Plaintiff, | 6:10-cv-789-Orl-35KRS |
| **ROMEO ROMA, JR.** | Consolidated Plaintiff, | 6:10-cv-790-Orl-35KRS |
| **WILLILAM ORBETA** | Consolidated Plaintiff, | 6:10-cv-791-Orl-35KRS |

v.

**SAN VILLA SHIP MANAGEMENT CO.,**
**and JOSE VILLANUEVA,**

               **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. On September 24, 2010, United States Magistrate Judge Karla R. Spaulding issued a Report and

Recommendation, recommending that the consolidated cases be dismissed without prejudice for failure to prosecute pursuant to Middle District of Florida Local Rule 3.10(a) and for failure to comply with a pretrial order of the Court pursuant to FED. R. CIV. P. 16(f). See (Dkt. 18) No objection was filed to the Report and Recommendation, and the deadline to do so has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 18) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. This each case is **DISMISSED without prejudice**; and

3. The **CLERK** is directed to **TERMINATE** all pending motions and **CLOSE** each case.

**DONE** and **ORDERED** in Orlando, Florida, this 12th day of October 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party